**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**            **CASE NO. 4:02CR000190-(1) JMM**

**JOHN S. CECIL, III**

**ORDER**

Defendant's unopposed Motion for Early Termination of Supervision is granted (#423).

Defendant is granted early release from supervised release as of the date of this Order.

The Clerk of the Court is directed to provide a copy of this Order to the United States Probation Office and a copy to the United States Marshal.

IT IS SO ORDERED THIS   16   day of  February , 2010.


_____
James M. Moody
United States District Judge